**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  
Debtor(s)  
**Tracy Dennis**  
6885 Estepona St  
Atlanta, GA 30349

Case No.: **20−63562−pmb**  
Chapter: **7**  
Judge: **Paul Baisier**

**xxx−xx−1584**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **8/3/20**

Government proof of claim: **08/26/20**

File with:  
United States Bankruptcy Court  
1340 United States Courthouse  
75 Ted Turner Drive SW  
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas  
Clerk of Court  
U.S. Bankruptcy Court

Dated:  May 4, 2020

Form ntcpoc

```
                                United States Bankruptcy Court
                                  Northern District of Georgia

In re:                                                                                  Case No. 20-63562-pmb
Tracy Dennis                                                                            Chapter 7
         Debtor                            CERTIFICATE OF NOTICE
District/off: 113E-9              User: bennettm                  Page 1 of 2                  Date Rcvd: May 04, 2020
                                  Form ID: ntcpoc                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db             +Tracy Dennis,    6885 Estepona St,    Atlanta, GA 30349-8640
22971056       +Acima Credit,    9815 Monroe Street,    4th Floor,    Sandy, UT 84070-4384
22971064       +Heritage Park Community Assoca,    POB 1844,    Douglasville, GA 30133-1844
22971067       +Kia Motors Finance,    Attn: Bankruptcy,    Po Box 20835,    Fountain Valley, CA 92728-0835
22971077       +Tmg Financial Services,    Attn: Bankruptcy,    9692 Haven Ave,    Rancho Cucamonga, CA 91730-5891
22971078       +U-haul Fed Cr Un,    Attn: Bankruptcy,    Po Box 21506,    Phoenix, AZ 85036-1506
22971079       +United Community Bank,    65 Washington St,    Fairburn, GA 30213-1258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BSGHAYS.COM May 05 2020 01:38:00      S. Gregory Hays,    Hays Financial Consulting, LLC,
                 Suite 555,    2964 Peachtree Road,    Atlanta, GA 30305-4909
cr             +EDI: RMSC.COM May 05 2020 01:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
22971057        EDI: WFNNB.COM May 05 2020 01:38:00      American Signature Furniture,    PO Box 659704,
                 San Antonio, TX 78265-9704
22971058       +EDI: CAPITALONE.COM May 05 2020 01:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
22971060       +EDI: CITICORP.COM May 05 2020 01:38:00      Citibank/Sears,
                 Citicorp Cr Srvs/Centralized Bk Dept,    Po Box 790034,    St Louis, MO 63179-0034
22971061       +E-mail/Text: electronicbkydocs@nelnet.net May 04 2020 22:11:26
                 Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
22971062       +EDI: TSYS2.COM May 05 2020 01:38:00      Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
22971063       +EDI: GADEPTOFREV.COM May 05 2020 01:38:00      Georgia Dep of Revenue,    Bankruptcy Section,
                 PO Box 161108,    Atlanta, GA 30321-1108
22971065       +EDI: IIC9.COM May 05 2020 01:38:00      I.c. System, Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St. Paul, MN 55164-0378
22971066       +EDI: IRS.COM May 05 2020 01:38:00      Internal Revenue Service,    Bankruptcy Unit,
                 401 W. Peachtree St. Stop 334D,    Atlanta, GA 30308-3518
22971059        EDI: JPMORGANCHASE May 05 2020 01:38:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
22971068       +E-mail/Text: bncnotices@becket-lee.com May 04 2020 22:10:38       Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
22971069       +EDI: NFCU.COM May 05 2020 01:38:00      Navy FCU,    Attn: Bankruptcy Dept,    Po Box 3000,
                 Merrifield, VA 22119-3000
22971070       +EDI: NFCU.COM May 05 2020 01:38:00      Navy Federal Credit Union,    Attn: Bankruptcy,
                 Po Box 3000,    Merrifield, VA 22119-3000
22971071       +E-mail/Text: electronicbkydocs@nelnet.net May 04 2020 22:11:26       Nelnet Loans,
                 Attn: Bankruptcy Claims,    Po Box 82505,    Lincoln, NE 68501-2505
22973984       +EDI: PRA.COM May 05 2020 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
22971072       +EDI: STF1.COM May 05 2020 01:38:00      Suntrust Bank,    Attn: Bankruptcy,
                 Mail Code VA-RVW-6290 PO Box 85092,    Richmond, VA 23285-5092
22971073       +EDI: RMSC.COM May 05 2020 01:38:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
22971074       +EDI: RMSC.COM May 05 2020 01:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
22971075       +EDI: RMSC.COM May 05 2020 01:38:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
22971076       +EDI: WTRRNBANK.COM May 05 2020 01:38:00      Target,    c/o Financial & Retail Srvs,
                 Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
22971080       +E-mail/Text: EBankruptcy@UCFS.NET May 04 2020 22:12:32       United Consumer Financial Services,
                 Attn: Bankruptcy,    865 Bassett Rd,    Westlake, OH 44145-1194
22974998        E-mail/Text: usagan.bk@usdoj.gov May 04 2020 22:11:13       United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
                                                                                                 TOTAL: 23

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113E-9           User: bennettm              Page 2 of 2                    Date Rcvd: May 04, 2020
                               Form ID: ntcpoc             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
              Christopher  Carouthers    on behalf of Debtor Tracy  Dennis c_carouthers@msn.com,
               caroutherslaw@gmail.com;R56806@notify.bestcase.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net,   saskue@haysconsulting.net;GA32@ecfcbis.com
                                                                                            TOTAL: 3
```