# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:**   20-63562-PMB

**Case Name:**   DENNIS, TRACY

**For Period Ending:**   06/30/2020

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   02/28/2020 (f)

**§ 341(a) Meeting Date:**   04/07/2020

**Claims Bar Date:**   08/03/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6885 Estepona St, Atlanta, GA 30349<br>Trustee filed adversary # 20-06079 to avoid interest of United Community Bank in property. | 169,990.00 | 0.00 | | 0.00 | 169,990.00 |
| 2 | 2015 Mercedes CLA 250<br>Notice of abandonment filed by Trustee. See docket # 22. | 14,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Navy Federal Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Unite Community Bank | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Dog<br>Notice of abandonment filed by Trustee. See docket # 22. | 100.00 | 0.00 | OA | 0.00 | FA |
| 9 | Adversary # 20-06079 against United Community Bank (u)<br>Complaint filed by Trustee to avoid transfer of interest in real property. See asset # 1. | 1.00 | 1.00 | | 0.00 | 1.00 |
| **9** | **Assets      Totals**      (Excluding unknown values) | **$187,541.00** | **$1.00** | | **$0.00** | **$169,991.00** |

**Major Activities Affecting Case Closing:**

Trustee filed adversary #  20-06079-pmb against United Community Bank to avoid transfer of interest in real property.  Answer due from United Community Bank by August 7, 2020. If the Trustee is successful, the real property will be free and clear of UCB's lien.

**Initial Projected Date Of Final Report (TFR):**          12/31/2022

**Current Projected Date Of Final Report (TFR):**          12/31/2022

07/30/2020

Date

/s/S. Gregory Hays

S. Gregory Hays