# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-63562-PMB  
**Case Name:** DENNIS, TRACY  
**For Period Ending:** 06/30/2021

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/28/2020 (f)  
**§ 341(a) Meeting Date:** 04/07/2020  
**Claims Bar Date:** 08/03/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6885 Estepona St, Atlanta, GA 30349<br>Trustee filed adversary # 20-06079 (See Asset # 9) to avoid interest of United Community Bank in property. Property to be abandoned per terms of settlement in adversary # 20-06079 upon approval of settlement agreement. | 169,990.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 2015 Mercedes CLA 250<br>Notice of abandonment filed by Trustee. See docket # 22. | 14,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Navy Federal Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Unite Community Bank | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Dog<br>Notice of abandonment filed by Trustee. See docket # 22. | 100.00 | 0.00 | OA | 0.00 | FA |
| 9 | Adversary # 20-06079 against United Community Bank (u)<br>Complaint filed by Trustee to avoid transfer of interest in real property. See asset # 1. Settled through mediation for $85k payment from Defendant. 7/28/21 - Order approving settlement of adversary # 20-06079 entered and on 7/29/21 the settlement payment was received. | 1.00 | 1.00 | | 0.00 | 85,000.00 |
| 9 | **Assets      Totals**     (Excluding unknown values) | **$187,541.00** | **$1.00** | | **$0.00** | **$85,000.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 2

| | |
|---|---|
| **Case No.:** 20-63562-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** DENNIS, TRACY | **Date Filed (f) or Converted (c):** 02/28/2020 (f) |
| | **§ 341(a) Meeting Date:** 04/07/2020 |
| **For Period Ending:** 06/30/2021 | **Claims Bar Date:** 08/03/2020 |

**Major Activities Affecting Case Closing:**

5/8/20 - Trustee filed adversary # 20-06079-pmb against United Community Bank to avoid transfer of interest in real property. Answer due from United Community Bank by August 7, 2020. If the Trustee is successful, the real property will be free and clear of UCB's lien.

7/1/2021 - Trustee filed his Motion for Order Authorizing Settlement between Trustee and United Community Bank under Rule 9019 of the Federal Rules of Bankruptcy Procedure requesting authority to settle the matter for a $85,000 payment by UCB to the Trustee.

7/28/21 - Order approving settlement of adversary # 20-06079 entered.

7/29/21 - Settlement payment received.

7/29/21 - The Trustee anticipates filing final estate tax returns and submitting his TFR proposing a significant distribution to unsecured creditors in the coming months.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   12/31/2022 | **Current Projected Date Of Final Report (TFR):**   09/30/2021 |
| 07/30/2021 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-63562-PMB | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | DENNIS, TRACY | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6045 | | Account #: | ******0414 Checking |
| For Period Ending: | 06/30/2021 | | Blanket Bond (per case limit): | $31,525,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 20-63562-PMB |
| **Case Name:** | DENNIS, TRACY |
| **Taxpayer ID #:** | **-***6045 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0414 Checking |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0414 Checking | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |