UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TRACY DENNIS, | : | CASE NO. 20-63562-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 18th day of October, 2021.

                                              */s/ S. Gregory Hays*
                                              S. Gregory Hays
                                              Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Case 20-63562-pmb    Doc 44-1    Filed 10/18/21    Entered 10/18/21 13:05:32    Desc
Certificate of Service    Page 2 of 4

| | | |
|---|---|---|
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Nelnet Loans<br>Attn: Bankruptcy Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Synchrony Bank/Old Navy<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | I.c. System, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| United Community Bank<br>65 Washington St<br>Fairburn, GA 30213-1258 | PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Acima Credit<br>9815 Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz<br>6409 Congress Ave, Ste 100<br>Boca Raton, FL 33487-2853 | United Community Bank<br>P.O. Box 398<br>Blairsville, GA 30514-0398 | Kia Motors Finance<br>Attn: Bankruptcy<br>Po Box 20835<br>Fountain Valley, CA 92728-0835 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | U-haul Fed Cr Un<br>Attn: Bankruptcy<br>Po Box 21506<br>Phoenix, AZ 85036-1506 | Deptartment Store National Bank<br>Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| DSNB MACY S<br>Citibank<br>1000 Technology Drive<br>MS 777<br>O FALLON, MO 63368-2222 | Tracy Dennis<br>6885 Estepona St<br>Atlanta, GA 30349-8640 | Department of Education/Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 |
| American Signature Furniture<br>PO Box 659704<br>San Antonio, TX 78265-9704 | JPMORGAN CHASE BANK N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane, Fl 01<br>MONROE, LA 71203-4774 | Heritage Park Community Assoca<br>POB 1844<br>Douglasville, GA 30133-1844 |
| Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Tmg Financial Services<br>Attn: Bankruptcy<br>9692 Haven Ave<br>Rancho Cucamonga, CA 91730-5891 |
| United Consumer Financial Serv<br>Attn: Bankruptcy<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | Citibank/Sears<br>Citicorp Cr Srvs<br>Centralized Bk Dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Georgia Dep of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Mgt, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Elizabeth A. Stuhldreher<br>P. O. Box 327<br>Ellijay, GA 30540-0004 |
| Christopher Carouthers<br>Chris Carouthers & Associates<br>Suite 131<br>2250 North Druid Hills Rd.<br>Atlanta, GA 30329-3118 | Internal Revenue Service<br>Bankruptcy Unit<br>401 W. Peachtree St.<br>Stop 334D<br>Atlanta, GA 30308-3518 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Target<br>c/o Financial & Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis, MN 55440-9475 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW<br>Suite 600<br>Atlanta, GA 30303-3309 | | |