**IT IS ORDERED as set forth below:**



Date: November 17, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-63562 - PMB |
| | : | |
| TRACY DENNIS, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE

On October 14, 2021, the Chapter 7 Trustee ("**Trustee**") filed applications for payment of compensation in the amount of $7,500.00 and expenses in the amount of $93.47 to the Chapter 7 Trustee [Doc. No. 43-1], compensation in the amount of $58,000.00 and expenses in the amount of $370.47 to Arnall Golden Gregory LLP, the Chapter 7 Trustee's counsel [Doc. No. 43-2], and compensation in the amount of $1,770.00 and expenses in the amount of $78.40 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 43-3] (collectively, the "**Fee Applications**").

17379532v1

Also on October 14, 2021, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 43] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

On October 18, 2021, Trustee filed a notice [Doc. No. 44] (the "**Notice**") of the Fee Applications, setting the Fee Applications and Trustee's Final Report for hearing on November 15, 2021 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 44-1].

No creditor or party in interest filed a response in opposition to the relief requested in the Fee Applications or Trustee's Final Report.

Counsel for Trustee and for Trustee's professionals appeared at the calendar call for the Hearing. No creditors or parties in interest appeared to oppose the relief requested in the Fee Applications or Trustee's Final Report.

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Review of the Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require reduction or enhancement of the lodestar. Accordingly, and for good cause shown, it is hereby

17379532v1

ORDERED that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

ORDERED that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 43-1 | $7,500.00 | $93.47 | $7,593.47 |
| Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 43-2 | $58,000.00 | $370.47 | $58,370.47 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 43-3 | $1,770.00 | $78.40 | $1,848.40 |

It is further

ORDERED that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

### [END OF DOCUMENT]

Order prepared and presented by:

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363 / (404) 873-8500

17379532v1

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Tracy Dennis, 6885 Estepona St, Atlanta, GA 30349

Christopher Carouthers, Chris Carouthers & Associates, Suite 131, 2250 North Druid Hills Rd., Atlanta, GA 30329

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

17379532v1